Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

David E. Funkhouser III (#022449)
david.funkhouser@quarles.com
Krystal Aspey Fleischmann (026609)
krystal.fleischmann@quarles.com
Benjamin C. Nielsen (#029689)
benjamin.nielsen@quarles.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Vanessa C. Spencer, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>#1 A LifeSafer of Arizona, LLC, and #1 A LifeSafer, Inc.,<br><br>Defendants. | NO. 2:18-cv-02225-BSB<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR JOINT CASE MANAGEMENT REPORT** |

Vanessa C. Spencer ("Plaintiff") and #1 A LifeSafer of Arizona, LLC and #1 A LifeSafer, Inc. (together, "Defendants") (collectively, the "Parties"), jointly move this Court for a two (2) day extension in which to file their Joint Case Management Report ahead of the Case Management Conference currently scheduled for October 17, 2018.

Underlying this joint request is the fact that Parties have been working, in good faith, on other matters attendant to this case, including preparing and serving their MIDP Responses and working on agreement for Plaintiff to file an amended Complaint.  These activities have delayed the parties' focus on the Joint Case Management Report which is largely complete, but still requires client approval from some or all of the Parties.

As a result, the Parties would request a two (2) day extension in which to file their Joint Case Management Report.

QB\168348.00001\54417553.1

A proposed form of Order is attached hereto.

RESPECTFULLY SUBMITTED this 10th day of October, 2018.

GREENWALD DAVIDSON RADBIL PLLC

By */s/ Jesse S. Johnson*
　　Jesse S. Johnson
　　*Attorneys for Plaintiff*

QUARLES & BRADY LLP

By */s/ David E. Funkhouser III*
　　David E. Funkhouser III
　　Krystal Aspey Fleischmann
　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10th, 2018, a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

>  */s/ David E. Funkhouser III*
>  David E. Funkhouser III